# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| FELTON MITCHELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV420-028 |
| MARRIOTT MONARCH, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court entered an Order and Report and Recommendation on the pending motions in this case. Doc. 9. In that Order, the Court granted defendant's motion to stay, doc. 7, but neglected to clarify that the case, and not merely discovery deadlines, were stayed. *Compare* doc. 7 at 5 (requesting the Court "stay all deadlines *and* discovery in [this] matter, pending the resolution of [defendant's] Motion to Dismiss." (emphasis added)), *with* doc. 9 at 8 (granting "the motion to stay *discovery*" (emphasis added). For clarity, the Court enters this supplemental Order.

The Clerk is **DIRECTED** to **STAY** this case and all deadlines pending the District Judge's disposition of the Motion to Dismiss, doc. 4. If the District Judge adopts the recommendation that the motion be granted, then

the case will close and the stay will be moot.  If the District Judge declines to adopt the recommendation, the Clerk is **DIRECTED** to lift the stay.

**SO ORDERED**, this 25th day of September, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA